443 A.2d 404

Commonwealth v. Mobley, Appellant.

Petition for Allowance of Appeal Denied Sept. 16, 1982.

Submitted September 9, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is affirmed.